**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:          Counsel of Record, Karen Lundregan

From:        Judge Peter J. Messitte

Re:          Lundregan v. Housing Opportunities Commission, et al.
             Civil No. PJM 19-1369

Date:        November 16, 2021

*********

Plaintiff Karen Lundregan has filed a Motion to Stay and Motion to Appoint Counsel (ECF No. 122) and a Motion for "Leave to File Out of Time," in other words, a Motion for an Extension (ECF No. 123). Defendants have responded in opposition (ECF No. 125) and have filed a second Motion to Dismiss (ECF No. 124), in this instance, on the basis of Plaintiff's failure to comply with the Court's Order on October 7, 2021 that required that she proceed with Discovery and that she respond to Defendants' first Motion to Dismiss by October 22, 2021 (ECF No. 120). She did neither, instead filing her latest requests for a Stay or an Extension. Defendants' first Motion to Dismiss (ECF No. 114) argues that the case should be dismissed for Plaintiff's Lack of Prosecution.

Having considered these motions, it is **ORDERED**:

1. Plaintiff's Motion for a Stay and Motion to Appoint Counsel (ECF No. 122) is **DENIED IN PART** and **GRANTED IN PART**:

    a. The Motion is **DENIED** with respect to Plaintiff's Motion for a Stay;

    b. The Motion is **GRANTED** with respect to Plaintiff's Motion to Appoint Counsel. The Court has identified suitable Counsel, who will be appointed in a separate order. Plaintiff is **DIRECTED** to note the limited nature of this appointment: Counsel is appointed to serve up to 10 hours.

2. Defendants' Motion to Dismiss for Failure to Comply with Court Order (ECF No. 124) is **DENIED**;

3. Defendants' Motion to Dismiss for Failure to Prosecute (ECF No. 114) is **DENIED**;

4. Plaintiff's Motion for an Extension (ECF No. 123) with respect to her response to Defendant's Motion to Dismiss is **DENIED AS MOOT**.

The Court understands Defendants' frustration with the numerous extensions and delays in this case. However, the Court is persuaded that the best way to move forward, for all parties, is to enlist the assistance of counsel on behalf of Ms. Lundregan. With this fresh start, the Court hopes to proceed to the substantive claims in this case and to leave behind the delays and excuses of the last eighteen months. If Plaintiff does not turn a new page and work with Counsel to move this case forward, the Court may dismiss the case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/

Peter J. Messitte
United States District Judge

CC:     Court File

2