**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

Re:     <u>Lundregan v. Housing Opportunities Commission, et al.</u>
        Civil No. PJM 19-1369

Date:   December 16, 2021

********

Defendant has asked for an extension of time to file a Motion for Summary Judgment (ECF No. 132). The Court suggests that a Motion for Summary Judgment at this time is premature, especially in so far as it may be based on Plaintiff's failure to make Discovery. Now that Plaintiff has Counsel, the Court has decided to re-open Discovery, so there is no need to extend the time for the Motion for Summary Judgment at this point.

That said, the Court has been extremely generous in allowing Plaintiff's case to go forward, notwithstanding her continuous failure to cooperate with Discovery heretofore. Plaintiff is specifically forewarned that there must be no more delays in responding to Discovery requests from the Defendant – interrogatories, depositions, etc. As for any requests for Discovery that may be formulated by Plaintiff, they must strictly pertain to issues in this case. This case will not serve as a vehicle for Plaintiff to seek information on any unrelated matters.

Plaintiff's failure to cooperate in the future may result in sanctions, including dismissal of claims or, possibly, of the entire suit.

Therefore, it is **ORDERED**:

1. Defendant's Consent Motion for an Extension to Time to File Pretrial Dispositive Motions (ECF No. 132) is **DENIED** without prejudice;

2. The Court will **ISSUE** a separate revised Scheduling Order.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/

1

                                                Peter J. Messitte  
                                        United States District Judge

CC:    Court File