IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREN LUNDREGAN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 19-cv-01369-PJM |
| | * | |
| HOUSING OPPORTUNITIES COMMISSION, *et al.* | * | |
| | * | |
| | * | |
| Defendants | * | |

**JOINT STATUS REPORT**

Plaintiff Karen Lundregan and Defendants Housing Opportunities Commission and Ethan Cohen, by and through their undersigned counsel, hereby this status report:

1. The parties do not request early settlement/ADR conference.

2. There is not unanimous consent to proceed before a United States Magistrate Judge.

3. The parties do intend to seek discovery of electronically stored information and have agreed to produce such relevant and responsive information to the extent that it exists in the original native format, searchable PDFs with the original native format preserved to the greatest extent possible with metadata available for review by request of the parties, or as searchable static images utilizing OCR text and metadata load files.

| | |
|---|---|
| _____/s/_____<br>Matthew Thomas Vocci; Bar No. 28235<br>Santoni, Vocci & Ortega, LLC<br>201 W. Padonia Road, Suite 101A,<br>Lutherville-Timonium, Maryland 21093<br>Phone: 443-921-8161<br>Fax:  410-525-5704<br>mvocci@svolaw.com<br>*Attorneys for Plaintiff* | MARC P. HANSEN<br>COUNTY ATTORNEY<br><br>_____/s/_____<br>Patricia Lisehora Kane, Chief<br>Division of Litigation<br>Federal Bar No. 13621<br>patricia.kane@montgomerycountymd.gov<br>(signature by Matthew Vocci with the permission of Stephanie R. Ferner) |

|  | /s/ |
|---|---|
|  | Jacquelyn Allen |
|  | (signature by Matthew Vocci with the permission of Stephanie R. Ferner) |
|  | Associate County Attorney |
|  | Federal Bar No. 20594 |
|  | Jacquelyn.allen@montgomerycountymd.gov |
|  | /s/ |
|  | Stephanie R. Ferner |
|  | (signature by Matthew Vocci with the permission of Stephanie R. Ferner) |
|  | Assistant County Attorney |
|  | Federal Bar No. 20870 |
|  | stephanie.ferner@montgomerycountymd.gov |
|  | Attorneys for Defendants |
|  | 101 Monroe Street, Third Floor |
|  | Rockville, Maryland 20850 |
|  | (240) 777-6700 |

## CERTIFICATE OF SERVICE

I certify that the foregoing Joint Status Report was served on December 30, 2021 via CM-ECF on all counsel of record.

                                                 /s/
                                          Matthew Thomas Vocci